UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Silvana Masri,<br>        Debtor.<br><br>Nationstar Mortgage LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage Pass-Through Certificates Series 2006-AR4,<br>        Movant,<br>v.<br><br>Silvana Masri,<br>        Respondent/Debtor,<br><br>William C. Miller<br>        Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>17-13913/ELF |

## **PRAECIPE**

To The Clerk, United States Bankruptcy Court:

     Kindly withdraw, without prejudice, Movant, Nationstar Mortgage LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage Pass-Through Certificates Series 2006-AR4's Objection to Confirmation of Chapter 13 Plan filed with the Court on July 27, 2017.

                                                            Respectfully submitted,

Dated:  November 28, 2017                        BY: /s/ Kevin S. Frankel
                                                              Kevin S. Frankel, Esquire
                                                              Shapiro & DeNardo, LLC
                                                              3600 Horizon Drive, Suite 150
                                                              King of Prussia, PA 19406
                                                              (610)278-6800/ fax (847) 954-4809
S&D File #:17-057122                              PA BAR ID #318323
                                                               pabk@logs.com