# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Silvana Masri,<br><br>                    Debtor | Chapter 13<br><br>Case No.: 17-13913-elf |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage Pass-Through Certificates Series 2006-AR4,<br>                    Movant,<br>vs.<br>Silvana Masri,<br>                    Debtor / Respondent,<br>and<br>William C. Miller,<br>                    Trustee / Respondent. | |

## ORDER

IT IS HEREBY **ORDERED** that the Stipulation of Settlement filed on December 5, 2017 with regard to the above matter (Doc. #60) is **APPROVED**.

Date:  12/6/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

207390-2