United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 17-13913-elf
Silvana Masri                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP          Page 1 of 1          Date Rcvd: Dec 06, 2017
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2017.
db              +Silvana Masri,   2825 Poplar Street,   Philadelphia, PA 19130-1222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2017 at the address(es) listed below:
          DENISE A. KUHN   on behalf of Creditor   Commonwealth of PA, Dept of Revenue
           dkuhn@attorneygeneral.gov
          JEROME B. BLANK   on behalf of Creditor   JPMorgan Chase Bank, National Association et. al.
           paeb@fedphe.com
          KARINA  VELTER   on behalf of Creditor   WELLS FARGO BANK NA amps@manleydeas.com
          KEVIN S. FRANKEL   on behalf of Creditor   NATIONSTAR MORTGAGE LLC, Et al. pa-bk@logs.com
          MARIO J. HANYON   on behalf of Creditor   JP Morgan Chase Bank, National Association, et. al.
           paeb@fedphe.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT   on behalf of Creditor   THE BANK OF NEW YORK MELLON F/K/A THE BANK OF
           NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset
           Mortgage Investments II Trust 2006-AR4 Mortgage Pass-Throu mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   JPMorgan Chase Bank, National Association
           pa.bkecf@fedphe.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
          ZACHARY  PERLICK   on behalf of Debtor Silvana  Masri Perlick@verizon.net,  pireland1@verizon.net
                                                                          TOTAL: 11

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Silvana Masri,<br><br>        Debtor | Chapter 13<br><br>Case No.: 17-13913-elf |

THE BANK OF NEW YORK MELLON F/K/A THE
BANK OF NEW YORK as successor in interest to JP
Morgan Chase Bank, N.A. as Trustee for Structured
Asset Mortgage Investments II Trust 2006-AR4
Mortgage Pass-Through Certificates Series 2006-AR4,
                    Movant,
vs.
Silvana Masri,

        Debtor / Respondent,

and
William C. Miller,

        Trustee / Respondent.

## ORDER

_____

      IT IS HEREBY **ORDERED** that the Stipulation of Settlement filed on December

5, 2017 with regard to the above matter (Doc. #60) is **APPROVED**.


Date:  12/6/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**


207390-2