United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-13913-elf
Silvana Masri                                                             Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1              Date Rcvd: Feb 28, 2018
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2018.
db             +Silvana Masri,    2825 Poplar Street,    Philadelphia, PA 19130-1222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2018 at the address(es) listed below:
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue
               dkuhn@attorneygeneral.gov
              JEROME B. BLANK    on behalf of Creditor    JPMorgan Chase Bank, National Association et. al.
               paeb@fedphe.com
              KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK NA amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               et al KMcDonald@blankrome.com
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON KMcDonald@blankrome.com
              KEVIN M. BUTTERY    on behalf of Creditor    THE BANK OF NEW YORK MELLON bkyefile@rasflaw.com
              KEVIN M. BUTTERY    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage
               Investments II Trust 2006-AR4 Mortgage Pass-Throu bkyefile@rasflaw.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC, Et al. pa-bk@logs.com
              MARIO J. HANYON    on behalf of Creditor    JP Morgan Chase Bank, National Association, et. al.
               paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF
               NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset
               Mortgage Investments II Trust 2006-AR4 Mortgage Pass-Throu mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMorgan Chase Bank, National Association
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              ZACHARY  PERLICK    on behalf of Debtor Silvana  Masri Perlick@verizon.net, pireland1@verizon.net
                                                                                               TOTAL: 16

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| SILVANA MASRI, | : | |
| Debtor | : | Bky. No. 17-13913 ELF |

# O R D E R

**AND NOW,** upon consideration of the Motion to Approve Mortgage Modification ("the Motion") (Doc. # 66) filed by The Bank of New York Mellon ("the Lender"), and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is **AUTHORIZED** to enter into the loan modification transaction as set forth in the Motion and consummation of the transaction **SHALL NOT CONSTITUTE** a violation of the automatic stay, 11 U.S.C. §362(a).

3. If the loan modification provides for reinstatement of the loan account and the elimination of the pre-petition arrears, any proof of claim previously filed by the **LENDER** is **DISALLOWED**.

**Date: February 28, 2018**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**