**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | SILVANI MASRI | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 17-13913 ELF |

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, compensation is allowed in the following amounts:

| | |
|---|---|
| Compensation | $5,000.00 |
| Total expense cost: | $     0.00 |
| Amount already paid by Debtor | $1,000.00 |
| Net amount to be paid by Trustee | $4,000.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate and to the extent provided for in the confirmed plan.

Date: 3/29/18

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**