United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 17-13913-elf
Silvana Masri                                                                       Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Mar 28, 2018
                             Form ID: 155             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2018.
db              +Silvana Masri,    2825 Poplar Street,    Philadelphia, PA 19130-1222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2018 at the address(es) listed below:
          DENISE A. KUHN   on behalf of Creditor    Commonwealth of PA, Dept of Revenue
           dkuhn@attorneygeneral.gov
          JEROME B. BLANK   on behalf of Creditor    JPMorgan Chase Bank, National Association et. al.
           paeb@fedphe.com
          KARINA  VELTER   on behalf of Creditor    WELLS FARGO BANK NA amps@manleydeas.com
          KEVIN G. MCDONALD   on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           et al bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD   on behalf of Creditor    THE BANK OF NEW YORK MELLON bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY   on behalf of Creditor    THE BANK OF NEW YORK MELLON bkyefile@rasflaw.com
          KEVIN M. BUTTERY   on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
           as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage
           Investments II Trust 2006-AR4 Mortgage Pass-Throu bkyefile@rasflaw.com
          KEVIN S. FRANKEL   on behalf of Creditor    NATIONSTAR MORTGAGE LLC, Et al. pa-bk@logs.com
          MARIO J. HANYON   on behalf of Creditor    JP Morgan Chase Bank, National Association, et. al.
           paeb@fedphe.com
          MATTEO SAMUEL WEINER   on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT   on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF
           NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset
           Mortgage Investments II Trust 2006-AR4 Mortgage Pass-Throu mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          THOMAS YOUNG.HAE SONG   on behalf of Creditor    JPMorgan Chase Bank, National Association
           paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          ZACHARY  PERLICK   on behalf of Debtor Silvana  Masri Perlick@verizon.net,  pireland1@verizon.net
                                                                          TOTAL: 16

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Silvana Masri
              Debtor(s)                                          Chapter: 13

                                                                 Bankruptcy No: 17–13913–elf

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 27th day of March 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Eric L. Frank
Judge ,
United States Bankruptcy Court

93 – 90
Form 155