United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-13913-elf
Silvana Masri                                                          Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1            Date Rcvd: Mar 29, 2018
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2018.
db              +Silvana Masri,   2825 Poplar Street,   Philadelphia, PA 19130-1222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2018 at the address(es) listed below:
          DENISE A. KUHN   on behalf of Creditor   Commonwealth of PA, Dept of Revenue
           dkuhn@attorneygeneral.gov
          JEROME B. BLANK   on behalf of Creditor   JPMorgan Chase Bank, National Association et. al.
           paeb@fedphe.com
          KARINA  VELTER   on behalf of Creditor   WELLS FARGO BANK NA amps@manleydeas.com
          KEVIN G. MCDONALD   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           et al bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD   on behalf of Creditor   THE BANK OF NEW YORK MELLON bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY   on behalf of Creditor   THE BANK OF NEW YORK MELLON bkyefile@rasflaw.com
          KEVIN M. BUTTERY   on behalf of Creditor   THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
           as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage
           Investments II Trust 2006-AR4 Mortgage Pass-Throu bkyefile@rasflaw.com
          KEVIN S. FRANKEL   on behalf of Creditor   NATIONSTAR MORTGAGE LLC, Et al. pa-bk@logs.com
          MARIO J. HANYON   on behalf of Creditor   JP Morgan Chase Bank, National Association, et. al.
           paeb@fedphe.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT   on behalf of Creditor   THE BANK OF NEW YORK MELLON F/K/A THE BANK OF
           NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset
           Mortgage Investments II Trust 2006-AR4 Mortgage Pass-Throu mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   JPMorgan Chase Bank, National Association
           paeb@fedphe.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          ZACHARY  PERLICK   on behalf of Debtor Silvana  Masri Perlick@verizon.net,  pireland1@verizon.net
                                                                            TOTAL: 16

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      SILVANI MASRI      :      CHAPTER 13
                                   :
                                   :
      DEBTOR             :      BANKRUPTCY No. 17-13913 ELF

## ORDER TO ALLOW COUNSEL FEES

  Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, compensation is allowed in the following amounts:

| | |
|---|---|
| Compensation | $5,000.00 |
| Total expense cost: | $    0.00 |
| Amount already paid by Debtor | $1,000.00 |
| Net amount to be paid by Trustee | $4,000.00 |

  The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate and to the extent provided for in the confirmed plan.

Date:  3/29/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**