**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 17-13913 |
| **Silvana Masri,** | CHAPTER 13 |
| **Debtor.** | |
| _____/ | |

**NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE THAT**, on behalf of The Bank of New York Mellon F/K/A The Bank of New York as Successor in Interest to JP Morgan Chase Bank, N.A. as Trustee For Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage Investments II Trust 2006-AR4 Mortgage Pass-Through Certificates Series 2006-AR4 ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Notice of Postpetition Mortgage Fees, Expenses, and Charges filed on May 16, 2018 as supplement to Claim 4.**

**RAS Crane LLC**
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112

By: /s/ Sonali Patel

Sonali B. Patel
spatel@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 16, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ZACHARY PERLICK
1420 Walnut Street
Suite 718
Philadelphia, PA 19102

Silvana Masri
2825 Poplar Street
Philadelphia, PA 19130

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

RAS Crane LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112

By: /s/ Sonali Patel

Sonali B. Patel
spatel@rascrane.com