# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 17-13913** |
| **Silvana Masri** : | **Chapter 13** |
| : | **Judge Eric L. Frank** |
| **Debtor(s)** : | ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ |
| : | |
| **Well Fargo Bank, N.A. as successor by** : | **Date and Time of Hearing** |
| **merger to Wachovia Bank, N.A.** : | **Place of Hearing** |
| **Movant,** : | **August 14, 2018 at 9:30 a.m.** |
| : | |
| **vs** : | |
| : | **U.S. Bankruptcy Court** |
| **Silvana Masri** : | **900 Market Street, Courtroom #1** |
| : | **Philadelphia, PA, 19107** |
| **William C. Miller** : | |
| **Respondents.** | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Well Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. has filed a Motion for Relief from Automatic Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before August 2, 2018, you or your attorney must do **ALL** of the following:

   A. File an answer explaining your position at:

   **Clerk, U.S. Bankruptcy Court**
   U.S. Bankruptcy Court
   900 Market Street
   Philadelphia, PA, 19107

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

   B. Mail a copy to the Creditor's attorney and the below listed:

United States Trustee
Office of the U.S. Trustee

17-030367_KKC

833 Chestnut Street, Suite 500
Philadelphia, PA 19107

William C. Miller
P.O. Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Eric L. Frank on August 14, 2018 at 9:30 a.m. in U.S. Bankruptcy Court, 900 Market Street, Courtroom #1, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE: ___7/18/18_____

17-030367_KKC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 17-13913** |
| **Silvana Masri** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| **Well Fargo Bank, N.A. as successor by** | : | **Date and Time of Hearing** |
| **merger to Wachovia Bank, N.A.** | : | **Place of Hearing** |
| **Movant,** | : | **August 14, 2018 at 9:30 a.m.** |
| | : | |
| **vs** | : | **U.S. Bankruptcy Court** |
| **Silvana Masri** | : | **900 Market Street, Courtroom #1** |
| | : | **Philadelphia, PA, 19107** |
| **William C. Miller** | : | |
| **Respondents.** | | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Motion, Response Deadline, and Hearing Date regarding Motion for Relief from Automatic Stay was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

Zachary Perlick, Attorney for Silvana Masri, 1420 Walnut Street, Suite 718, Philadelphia, PA 19102, Perlick@verizon.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on July 18, 2018:

Silvana Masri, 2804 Poplar Street, Philadelphia, PA 19130

Chase Home Finance, 3415 Vision Drive, Columbus, OH 43219

DATE: 7/18/18

/s/ Karina Velter
Karina Velter, Esquire (94781)

17-030367_KKC

Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

17-030367_KKC

**MANLEY DEAS KOCHALSKI LLC**
**P.O. BOX 165028**
**COLUMBUS OH  43216-5028**


Silvana Masri
2804 Poplar Street
Philadelphia, PA  19130




Silvana Masri
2804 Poplar Street
Philadelphia, PA  19130


17-030367_KKC                                                                                                                                                    WENV

**MANLEY DEAS KOCHALSKI LLC**
**P.O. BOX 165028**
**COLUMBUS OH  43216-5028**

Chase Home Finance
3415 Vision Drive
Columbus, OH  43219

Chase Home Finance
3415 Vision Drive
Columbus, OH  43219

17-030367_KKC

WENV