## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 17-13913** |
| **Silvana Masri** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Well Fargo Bank, N.A. as successor by** | : | **Date and Time of Hearing** |
| **merger to Wachovia Bank, N.A.** | : | **Place of Hearing** |
| **Movant,** | : | **August 14, 2018 at  9:30 a.m.** |
| | : | |
| **vs** | : | |
| | : | **U.S. Bankruptcy Court** |
| **Silvana Masri** | : | **900 Market Street, Courtroom #1** |
| | : | **Philadelphia, PA, 19107** |
| | : | |
| **William C. Miller** | : | |
| **Respondents.** | | **Related Document #  106** |

### ORDER OF COURT

AND NOW, to wit, this ___29th___ day of _____August_____, 2018, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay Doc.# 115), it is hereby **ORDERED** that:

1.      The terms of the foregoing Stipulation are hereby approved.


2.      Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.


_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**