United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Silvana Masri  
    Debtor

Case No. 17-13913-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Aug 29, 2018  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2018.  
db         +Silvana Masri,    2825 Poplar Street,    Philadelphia, PA 19130-1222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2018 at the address(es) listed below:

        DENISE A. KUHN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue dkuhn@attorneygeneral.gov  
        JEROME B. BLANK    on behalf of Creditor    Bayview Loan Servicing, LLC paeb@fedphe.com  
        JEROME B. BLANK    on behalf of Creditor    JPMorgan Chase Bank, National Association et. al. paeb@fedphe.com  
        KARINA VELTER    on behalf of Creditor    WELLS FARGO BANK NA amps@manleydeas.com  
        KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, et al bkgroup@kmllawgroup.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com  
        KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON bkgroup@kmllawgroup.com  
        KEVIN M. BUTTERY    on behalf of Creditor    THE BANK OF NEW YORK MELLON bkyefile@rasflaw.com  
        KEVIN M. BUTTERY    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage Pass-Throu bkyefile@rasflaw.com  
        KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC, Et al. pa-bk@logs.com  
        MARIO J. HANYON    on behalf of Creditor    JP Morgan Chase Bank, National Association, et. al. paeb@fedphe.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com  
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage Pass-Throu mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMorgan Chase Bank, National Association paeb@fedphe.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
        ZACHARY PERLICK    on behalf of Debtor Silvana Masri Perlick@verizon.net, pireland1@verizon.net  
                                                                                                                                      TOTAL: 18

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 17-13913** |
| **Silvana Masri** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Well Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A.** | : | **Date and Time of Hearing** |
| | : | **Place of Hearing** |
| Movant, | : | **August 14, 2018 at 9:30 a.m.** |
| vs | : | |
| | : | **U.S. Bankruptcy Court** |
| **Silvana Masri** | : | **900 Market Street, Courtroom #1** |
| | : | **Philadelphia, PA, 19107** |
| **William C. Miller** | : | |
| Respondents. | | **Related Document # 106** |

## ORDER OF COURT

AND NOW, to wit, this  29th  day of _____August_____, 2018, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay Doc.# 115), it is hereby **ORDERED** that:

1. The terms of the foregoing Stipulation are hereby approved.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**