United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-13913-elf
Silvana Masri                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP            Page 1 of 3          Date Rcvd: Sep 13, 2018
                           Form ID: pdf900         Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2018.
```
db          +Silvana Masri,    2825 Poplar Street,    Philadelphia, PA 19130-1222
cr          #+Commonwealth of PA, Dept of Revenue,    c/o Denise A. Kuhn,    Office of the Attorney General,
              21 S. 12th Street, 3rd Floor,    Philadelphia, PA 19107-3604
cr          +NATIONSTAR MORTGAGE LLC, Et al.,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
cr          +THE BANK OF NEW YORK MELLON,    Robertson Anschutz & Schneld, P.L.,
              6409 Congress Ave, Suite 100,    Boca Raton, Fl 33487-2853
cr           THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    c/o Shellpoint Mortgage Servicing,
              PO Box 10826,    Greenville, SC  29603-0826
cr          +The Bank Of New York,    Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave Suite 100,
              Boca Raton, FL  33487,    UNITED STATES 33487-2853
13929592    +APEX Asset Mangement,    PO Box 7044,    Lancaster, PA 17604-7044
13929591    +Annie Sez,    PO Box 1003,    Totowa, NJ 07511-1003
13929593    +BAC Home Loans,    6400 Legacy Drive,    Plano, TX 75024-3609
13929594     Bank of America,    PO Box 15019,    Louisville, KY 40285-5350
13929595    +Bank of New York Mellon,    7105 Corporate Drive,    Plano, TX 75024-4100
14095999     Bayview Loan Servicing, LLC,    P.O. Box 650091,    Dallas, TX 75265-0091
13929597    +Bureau of Accounts,    Medical Payment Data,    PO Box 9500,    Wilkes Barre, PA 18773-9500
13929598     CACH, LLC,    43405 Monaco Street,    2nd Floor,    Denver, CO 80237
13929599     Chase Card Services,    PO Box 15153,    Wilmington, DE 19886-5153
13929600    +Chase Home Finance,    3415 Vision Drive,    Columbus, OH 43219-6009
13929602     Chase/Best Buy,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
13939441    +Commonwealth of PA,    Dept. Revenue,    c/o Denise A. Kuhn,    21 S. 12th Street, 3rd Floor,
              Phila., PA 19107-3604
13929603    +Farwa Hussan,    2101 Chestnut Street,    Philadelphia, PA 19103-3108
13929606    +HSBC Bank/BSBUY,    200 SOmerset Corp. Blvd., Ste. 100,    Bridgewater, NJ 08807-2877
13929605    +Hilal Kara, Bana Tagel & Fatih Elzomar,    749 S. 23rd Street,    Phialdelphia, PA 19146-1727
13997540    +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
              Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13997403    +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
              ATTN: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13929608    +Macy's,    22-4th Street,    San Francisco, CA 94103-3139
14195232    +Nationstar Mortgage LLC,    c/o Kevin S. Frankel, Esq.,    Shapiro & DeNardo,
              3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13989439    +Nationstar Mortgage LLC,    Attn: Bankruptcy Dept.,    PO Box 619094,    Dallas, TX 75261-9094
13929609    +Riverwest Condominium Assocation,    2101 Chestnut Street,    Philadelphia, PA 19103-3108
14016648     Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
14195234    +The Bank of New York Mellon,    c/o Matthew C Waldt, Esq.,    Milstead & Associates, LLC,
              1 E. Stow Road,    Marlton, NJ 08053-3118
14195230    +The Bank of New York Mellon,    c/o Bouavone Amphone, Esq.,    Robertson Anshultz & Schnied, PL,
              6409 Congress Ave, Suite 100,    Boca Raton, FL 33487-2853
14009932    +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13929612    ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
            (address filed with court: Wachovia,    P.O. Box 15515,    Wilmington, DE 19886)
13947335    +Wells Fargo Bank, NA,    Home Equity Group,    1 Home Campus, X2303-01A,
              Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Sep 14 2018 02:04:01    City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 14 2018 02:03:49    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2018 02:16:41    Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13993745     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 14 2018 02:14:38
             Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
             Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
             Greenville, SC 29603-0587
14067517    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 14 2018 02:03:49
             Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    5th Floor,
             Coral Gables, Florida 33146-1837
14021783     E-mail/Text: megan.harper@phila.gov Sep 14 2018 02:04:01    City of Philadelphia,
             Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
             Philadelphia, PA  19102-1595
13929604    +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2018 02:16:41    GEMB/L&T,    PO Box 981400,
             El Paso, TX 79998-1400
14001982     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 14 2018 02:15:33
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13930208    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 14 2018 02:14:36
             PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13934246     E-mail/Text: RVSVCBKNOTICE1@state.pa.us Sep 14 2018 02:03:38
             Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
             Harrisburg, PA  17128-0946
```

```
District/off: 0313-2              User: PaulP              Page 2 of 3              Date Rcvd: Sep 13, 2018
                                 Form ID: pdf900          Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14195228      +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2018 02:15:34       Synchrony Bank,
               c/o PRA Receivables Management, LLC,   attn: Valerie Smith,   PO Box 41021,
               Norfolk, VA 23541-1021
13929610      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 14 2018 02:03:10
               Verizon,   P.O. Box 8585,   Philadelphia, PA 19173-0001
13929611      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 14 2018 02:03:11
               Verizon Wireless,   250 James Street,   Morristown, NJ 07960-6410
                                                                                TOTAL: 13


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13929607       Karl Williams & Yazmin Wen Soong,   749 S. 23rd Street,   Philadelphia
13929614       William Hand,   3817 Ventnor Ave.,   Atlantic City
smg*           Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
13929596*     +Bank of New York Mellon,   7105 Corporate Drive,   Plano, TX 75024-4100
13929601*     +Chase Home Finance,   3415 Vision Drive,   Columbus, OH 43219-6009
13929613*    ++WACHOVIA BANK NA,   MAC X2303-01A,   1 HOME COMPANY,   1ST FLOOR,   DES MOINES IA 50328-0001
               (address filed with court: Wachovia Bank,   P.O. Box 15515,   Wilmington, DE 19886)
                                                                      TOTALS: 2, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
```
     DENISE A. KUHN   on behalf of Creditor   Commonwealth of PA, Dept of Revenue
      dkuhn@attorneygeneral.gov
     JEROME B. BLANK   on behalf of Creditor   Bayview Loan Servicing, LLC paeb@fedphe.com
     JEROME B. BLANK   on behalf of Creditor   JPMorgan Chase Bank, National Association et. al.
      paeb@fedphe.com
     KARINA VELTER   on behalf of Creditor   WELLS FARGO BANK NA amps@manleydeas.com
     KEVIN G. MCDONALD   on behalf of Creditor   THE BANK OF NEW YORK MELLON bkgroup@kmllawgroup.com
     KEVIN G. MCDONALD   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
      et al bkgroup@kmllawgroup.com
     KEVIN G. MCDONALD   on behalf of Creditor   Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
     KEVIN M. BUTTERY   on behalf of Creditor   THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
      as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage
      Investments II Trust 2006-AR4 Mortgage Pass-Throu bkyefile@rasflaw.com
     KEVIN M. BUTTERY   on behalf of Creditor   THE BANK OF NEW YORK MELLON bkyefile@rasflaw.com
     KEVIN S. FRANKEL   on behalf of Creditor   NATIONSTAR MORTGAGE LLC, Et al. pa-bk@logs.com
     MARIO J. HANYON   on behalf of Creditor   JP Morgan Chase Bank, National Association, et. al.
      paeb@fedphe.com
     MATTEO SAMUEL WEINER   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
     MATTHEW CHRISTIAN WALDT   on behalf of Creditor   THE BANK OF NEW YORK MELLON F/K/A THE BANK OF
      NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset
      Mortgage Investments II Trust 2006-AR4 Mortgage Pass-Throu mwaldt@milsteadlaw.com
      bkecf@milsteadlaw.com
     THOMAS YOUNG.HAE SONG   on behalf of Creditor   JPMorgan Chase Bank, National Association
      paeb@fedphe.com
     United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
      philaecf@gmail.com
```

```
District/off: 0313-2          User: PaulP              Page 3 of 3            Date Rcvd: Sep 13, 2018
                              Form ID: pdf900          Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              ZACHARY  PERLICK   on behalf of Debtor Silvana  Masri Perlick@verizon.net,  pireland1@verizon.net
                                                                          TOTAL: 18

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :          Chapter 13
    SILVANA MASRI,                :
               Debtor    :          Bky. No.  17-13913 ELF

## O R D E R   D I S M I S S I N G   C H A P T E R   1 3   C A S E

**AND NOW,**  the Debtor having filed a Motion to Dismiss Chapter 13 Case, see 11

U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013, and the court having considered the record

and finding that this case has not been converted previously under 11 U.S.C. §§706, 1112 or

1208,

It is hereby **ORDERED** that any wage orders presently in effect are **VACATED** and this

case is **DISMISSED**.


**Date: September 13, 2018**          _____
                                     **ERIC L. FRANK**
                                     **U.S. BANKRUPTCY JUDGE**